United States District Court
Southern District of Texas
**ENTERED**
June 30, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CRIMINAL ACTION NO. H-96-176-1 |
| § | CIVIL ACTION NO. H-16-1900 |
| § | |
| ARISTEDE MICHAEL JOHNSON, § | |
| § | |
| Defendant. § | |

## ORDER TO RESPOND

The defendant has moved under 28 USC § 2255 to vacate his sentence. The United States must answer the motion by **September 2, 2016.**

SIGNED on June 30, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge